

MONTCLAIR, NJ    NEW YORK, NY

THOMAS O. JOHNSTON
tjohnston@johnstonlawfirmllc.com
Member NJ and NY Bars

September 21, 2021

**VIA ECF FILER and EMAIL (mf_orders@njd.uscourts.gov.)**

Chief Mag. Judge Mark Falk
U.S. District Court for the District of N.J.
Clarkson S. Fisher Building
402 East State Street
Trenton, NJ 08608

        Re:    *Marte v. Community Charter School Of Paterson, et al.*
                 Civil Case No.: 2:20-cv-19411-JMV-MF

Your Honor,

     We are counsel to defendants Community Charter School of Paterson ("School") and Curtis Palmore, individually ("Palmore"), (collectively the "Defendants") in the above action. We write to inform the court that the parties have reached an agreement in principle and are in the process of finalizing the settlement papers. We therefore request that tomorrow's settlement conference be adjourned for a short duration to afford the parties time to finalize the agreement.

     Thank you for your kind attention in this regard.

                                  Respectfully,

                                  Thomas O. Johnston

Cc:     Client
           Counsel of record (via ECF and email)